**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2056**

BRIAN CHARLES VAETH,

                Plaintiff - Appellant,

        v.

BOARD OF TRUSTEES, FIRE & POLICE EMPLOYEES RETIREMENT
SYSTEMS OF BALTIMORE CITY; WILLIAM J. GOODWIN, JR., Chief of
Baltimore City Fire Department; MAYOR & CITY COUNCIL OF
BALTIMORE CITY; FREDERICK MCGRATH, Hearing Examiner, Panel
of Hearing Examiners for the Fire & Police Employees
Retirement Systems of Baltimore City,

                Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:08-cv-00708-RDB)

Submitted:  November 9, 2010        Decided:  November 23, 2010

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Charles Vaeth, Appellant Pro Se.   William Rowe Phelan,
Jr., Sabrina Willis, BALTIMORE CITY DEPARTMENT OF LAW,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Charles Vaeth appeals the district court's order granting judgment to Defendants in this action raising various federal and state claims in connection with his termination from employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Vaeth v. Bd. of Trustees, Fire & Police Employees Retirement Sys., No. 1:08-cv-00708-RDB (D. Md. Aug. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED